NO. 07-12-00399-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
SEPTEMBER 27, 2012
--------------------------------------------------------------------------------

 
 ELISEO CERDA, SR., APPELLANT
 
 v.
 
 OFELIA D. GARCIA, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE 96TH DISTRICT COURT OF TARRANT COUNTY;
 
 NO. 096-246065-10; HONORABLE R. H. WALLACE, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 ON MOTION TO DISMISS
 
 Appellant, Ofelia D. Garcia, filed a notice of appeal from the trial court's March 29, 2012 Judgment. Eliseo Cerda, Sr., then filed a notice of cross-appeal. By order, this Court severed Cerda's cross-appeal from cause number 07-12-00168-CV, into the present cause.
On September 17, 2012, Cerda filed a motion to dismiss his cross-appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, Cerda's cross-appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). As there was no contrary agreement of the parties included in Cerda's motion, all costs related to this cross-appeal are assessed against Cerda. See Tex. R. App. P. 42.1(d). If dismissal will prevent cross-appellee from seeking relief to which she would otherwise be entitled, the Court directs cross-appellee to file a timely motion for rehearing. No motion for rehearing from cross-appellant will be entertained.

 Per Curiam